FILED
MAR 18 2020
Clerk U.S. District Court
By: _____ Deputy Clerk

Name: Mr. Sean C. Bradley
Address: 518 Woodland Hills drive
LaVergne, TN 27086

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Mr. Sean Carter Bradley, Plaintiff
(Full Name)

CASE NO. 20-3082-SAC
(To be supplied by the Clerk)

V

Wyandotte County Sheriff Mr. Donald in his official capacity as acting superintendent and Director of WyCo esq., et als., Wyandotte County Sheriff Ms. Jones in her official capacity as a governmental Employee of WyCo esq., et als., Wyandotte County one through five Ms. John Doe esq. Nurse in their official capacity as a Nurse of Wyandotte County Correct Care esq., et als., Wyandotte County Head Nurse Ms. DD in her official capacity as superintendent of Wyandotte County Medical Clinics esq., et als., Wyandotte County indoor Repair Maintenance Worker Mr. David So and So, in his official capacity as acting superintendent of building esq., et als., Defendant(s)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Mr. Sean Carter Bradley (Plaintiff), is a citizen of Kansas City, Kansas (State) who presently resides at 710 North 7th Street Kansas City Kansas 66101 (Mailing address or place of confinement.) Wyandotte County Men Detention Center/Jail

2) Defendant Mr. Donald Ash, Esq., et als., in his official capacity etc. thou (Name of first defendant) is a citizen of Kansas City, Kansas (City, State), and is employed as Sheriff Officer of Wyandotte County Jail Sheriff Department et al., (Position and title, if any) At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

Defendant Sheriff Mr. Donald Ash, et als., in his official capacities wearing Sheriff badge fall under color of state law as sheriff of Wyandotte County, et als., in their official capacities. etc. thou.

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983          1

3) Defendant __Ms. DD, et al in her official capacity as Wyco superintendent__ is a citizen of
   (Name of second defendant)

   __Kansas City Kansas__ , and is employed as
   (City, state)

   __CCS Head Nurse of Wyco Jail et al in her official capacity et c thou__ At the time the
   (Position and title, if any)

   claim (s) alleged in this complaint arose was this defendant acting under the color of state

   law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:
   Defendant Ms. DD, et al in her official capacity wearing Nurse Top and bottom
   out fit CCS staff fall under color of state law as medical practitioner
   within Wyandotte County Jail etc. thou

   (Use the back of this page to furnish the above information for additional defendants.)
   Yes, 5 Defendants on the back of this page as additional defendants

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

   assert jurisdiction under different or additional statutes, you may list them below.) (Use the back of this page to furnish Besides information for additional jurisdiction under statutes)
   Shall apply to Jurisdiction under Assault or battery etc thou
   Shall apply to Jurisdiction under 42 U.S.C §1983 etc thou shall also apply
   to Jurisdiction under official Tort law any wrong doing for which an action
   for damages may be brought etc, thou shall apply to Jurisdiction under personal injury

   ## B. NATURE OF THE CASE

1) Briefly state the background of your case: __Burden of Proof, Maintenance and State of KS esp.,__
   In the case of Plaintiff Mr. Sean Carter Bradley there are many factors,
   etc. involved, thou I would like to Identify what the Wyandotte
   County Detention Center G-Pod Cell-19 Looked like the day of approxly
   November tenth two thousand eighteenth when I moved in G-Pod
   Cell-19 which had a Latch where the cell door embraces a kind of embrasure
   Latch stopping the cell door from closing the cell door was accident prone
   I tried to send Regrets about moving in Cell-19 but the Sheriff Officer
   threaten to throw me in segregation if I did not move in Cell-19 which is
   (Continues using separate page to furnish this page information for additional nature of the case briefly state the background of your case (2 - 2 pages))

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983

(Continues with Additional defendants on Front of this paper)

3.1 Defendant  Sheriff Officer Ms. Jones superintend et. al. in her official capacities as a African American is a citizen of Kansas City Kansas Sheriff Officer of Wyco Jail et al in her official capacity at the time the claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ NO ☐ if you answer "Yes", briefly explain:
Defendant Ms. Jones governmental employee et al in her official capacity wearing Sheriff badge fall under color of state law as Sheriff of Wyandotte Jail etc. thou

3.2 Defendant  Mr. David So and So African American maintenance worker superintendent of building et al in his official capacity
Kansas City Kans
Maintenance worker Wyco Jail
Claim(s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐ If your answer is "Yes" briefly explain:
Defendant Mr. David so&so maintenance worker fall under color of state law as maintenance work wearing plain clothes etc. thou

3.3 Defend  1-5 Mr. John Does Nurses of Wyco Jail et al in their official capacities.
Kansas City, KS
CCS Nurse of Wyco Jail
it fall under law statute Yes ☒ No ☐
Defendants 1-5 fall under color of state law as CCS Nurse of Wyco Jail et. al wearing Nurse Top Ebottom

(Continues with Additional
Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (3) 42 U.S.C. §1983)
on Front of this paper

Shall apply to Jurisdiction under §907 medical services and supplies (a) General requirement the employee shall furnish such medical surgical and attendance or treatment Nurse and hospital services medicine, crutches and apparatus for such period as the nature, shall apply to Jurisdiction under Failure to recognize medical condition and ignoring plea etc. thou shall apply to Jurisdiction under Malpractice. sue etc. thou, shall apply to Jurisdiction under third party liability sue etc. thou, shall apply to Jurisdiction under Hostile Medical Care Inviroment etc. thou shall apply to Jurisdiction under Summons this jurisdiction an official order to appear in court et. al. in his or her official capacities etc. thou

## B.1 NATURE OF THE CASE

1.1) Briefly state the background of your case:

a rule here at Wyandotte Jail, esq., so I had no choice but to move in cell-19 with a improper door I had a witness statement On How the door was broken from witness Adm. Smith and it's a well known fact that the Sheriff officer suppose to do Cell inspection making list of things that are broken since the law apply to facts it's the states/government/maintenance company/Wyco Jail/esq., responsibility to fix the door which is beyond a reasonable doubt the state/government/maintenance company/Wyco Jail/esq., is guilty in this case for damages to my right Thumb also it is a very high standard for proving the states/government/maintenance company/Wyco Jail/esq., guilt of my injury.

Therefore, the Sheriff officers should of put in a work order for Maintenance to Repair Cell-19 Cell Door. Director/Superintendant/Sheriff Mr. Donald Ash Failure to take action or repairs inside Wyandotte County Jail results in a Failure to train Maintenance personell workers. Approxly one month after moving in Cell-19 in G-Pod Wyandotte County Jail while I was out in G-Pod Dayroom during Recreation I finally seen a African American Maintenance worker Mr. David so and so walked into the G-Pod I tried letting him know my Cell door is broken by asking him Could he fix Cell-19 Cell door he tried to ignore me overlooking what I was saying I said it again he said the Sheriff officer has to put in a work order and walked behind Sheriff officers desk looking at his cellular phone.

### Burden of Proof Sheriff is Ms. Jones, esq.,

However another factor of this case is concerning defendant Sheriff Ms. Jones a week before the official injury to my Right thumb Monday Day thirteenth of January Two Thousand Twenty at approxly 3:30 p.m. I filed a grievance on Ms. Jones, esq., for the way she runs G-Pod Cell-house it's attached as Exhibit-H with Grievances.

Continues
Nature of the Case

then a couple days later when I recieved the Grievance back I addressed it to Ms. Jones I showed Ms. Jones the grievance and let Ms. Jones read what the grievance said in return Ms. Jones got angry and walk off Nonidential Later that following week January twentieth two thousand twenty at five fourteen p.m the plaintiff Sean Carter Bradley turn up with a injured right Thumb my Right Thumb was clamped inbetween the enclosing frame area of the ornamental border area clasp where G-Pod cell-19 cell door has troble Latching to the enclosing Frame Latch of G-Pod cell-19 cell door where the cell door embrace and Latch close my thumb was fastening inside clammped to the Latch area of the cell door Endlessthna minute leaving one deep Brutal opening in the flesh of my Right Thumb By Ms. Jones Slamming cell-19 cell door Ms. Jones committed assault or battery to me with a approxly hundred fourty pound cell door that has no handles are nothing to pull door close from inside cell which proves this injury isn't what some one could predict before hand or was caused by Sean C. Bradley I also have a (Good Samartan) written Statements by Adrin Smith stating how he had to slam my cell door for a week because the C.O said so because cell door was broken but on January twentieth two thousand twenty at approxly five fourteen p.m It's a well known fact "Criminal intent", on the part of a governmental employee Sheriff Officer Ms. Jones which is a African American Sheriff of Wyco. esq., whom slammed my right Thumb inbetween the enclosing Frame area of the cell door Carelessly without warning Inmate Sean C. Bradley (This is a Official Nature of the Injury)! and now after the day of my injury January 20, 2020 everytime Ms. Jones work G-Pod and has to slam my cell door-19 she started to warn me

pg 2 2

Continues
Nature of the Case

as if she's protecting me by asking me to step back before slamming my cell door Ms. Jones would joke making fun of the injury she caused she would laugh and say "I dont want to slam yo Thumb in the door also," "know one from Wyandotte County Jail administration warned me ahead of time about those known dangers the element of negligence is not causation", if my cell door wasn't broken no one would have had to slam my cell door shut It would shut with in it's own force after entering. ("I know for a fact", I am not even four percent in fault for my injury). etc. My destination on January 20, 2020 at 5:14pm was to get my supper tray and walk directly back to my cell which is what I did and I do everyday "legitimization, conforming to accepted rules standard etc." At supper time but my door won't shut on it's own the enclosing latch area has a screw missing and causes the latch area to poke out stopping the cell door from closing completely so after being in the cell for a short while and placing my tray on desk then walking back to door to inform Ms. Jones to shut my door as I opened the cell door enough to hold my hand on door with in seconds for some reason unknown my door slammed on my right thumb ain't no one else on the other side of the door but Ms. Jones Ms. Jones followed me clearly to my cell and watched me place my hand on the enclosing area of the door then slammed my right Thumb in the enclosing area of my cell door which is assualt and battery she used the door as a "Weapon" She didn't even make second judgement,! I know this was intentional because Ms. Jones evan said at Lunch on January 20, 2020 at approxly 11:04 am that she noticed how I walk to my cell and do a series of things similiar to what I just said before requesting

pg 2.3

Continues
Nature of the case

My cell to be shut also, "It happened so quick," "How could I protect myself no one could save, (one self)! From the door slamming now the proof is my right Thumb and in the film footage of G-Pod Camera's including Ms. Jones body camera and Ms. Jones being the only person on the other side of the cell doors because I was last going in my cell when it happened I flipped out screaming I hit the ground in my cell grabed my right Thumb and held the right thumb to try stopping the pain as my right Thumb bleed constantly then I knew this was serious then I ran outside my cell screaming bleeding in serious pain I had a feeling of displeasure and hostility that a person has because of being injured and Ms. Jones knew this was serious I raised my hand up so she could see the blood dripping from my swollen right Thumb that she caused I didn't cause this injury I don't enjoy pain and I know Ms. Jones isn't prerequisite I Indicated that I wanted to go to the hospital in my official capacity as a Inmate of Wyandotte county jail. But I was told go back to my cell Ms. Jones, Failure to recognize My Medical Conditions and ignoring my pleas to defer to that condition," (with 20/20 of hind-sight) Like I wanted attention and she said to me she don't owe me any special duty I then went back into my cell then I came back out of my with in minutes and noticed the cellhouse porters' has been let out now so I raised my hand again letting Ms Jones know that it Hurts and I'm bleeding everywhere I was angry felt like I was going to die but my attitude and behavior was cooperative in the defendant default

<u>Burden of Proof is Wyandotte County Clinic Nurses,</u> etc...
(That these factors of the case was unlawful and Improper Treatment)

2.4

XE-2 8/82         CIVIL RIGHTS COMPLAINT §1983

Continues
Nature of the case

Causing my right thumb to turn up twisted toward the left where my right thumb looks deformed it's beyond a reasonable doubt Wyandotte County Detention Center Clinic Nurses is guilty for Not providing proper Medical Treatment, Not Providing pain reliever Medicine's, and refusing to send me to emergency room I lost entirely to Much blood I bleed for over a Month straight and time to time I was Dizzy from losing blood also wyco. esq., refused to provide me a Tetanus shot and for that reason "I was infected," (I had sore muscles, and Lockjaw) "It's is a very HIGH STANDARD! for proving Wyandotte County Clinic Nurses guilty for pain and stress, and not providing proper Medical Treatment", in the "four till five times", I was seen at Wyco jail Clinic "two till three", Nurses squeezed my Right Thumb "so tight", I had (Nerve damage) I made a complaint of pain from squeezing my Thumb but it was ignored and one of the Nurses said my Thumb Nail will off I even have witness statements but Medical Not giving me Medical Treatment and I have a photo of the brutal injury to my right thumb Of Three till Four days after I was physically harmed by a Rusty Cell door that has infested me (photo of right Thumb to furnish this information in Documents of civil rights complaint §1983) to prove I should of had a Tetanus shot "Which apply's to this case and the photo proves wyco Nurses would not change my bloody bandages, it proves wyco Nurses did not provide me Medical Treatment properly," I filed grievances to prove all of the above from Exhibit A - Grievance to Exhibit H-Grivance with Will furnish this info in Documents of civil right complaint §1983) (my Right Thumb in Bad Shape the rest of my life due wyco Nurses denied putting my right Thumb in a splint it looks bad especially compared to how my right thumb looked the day

pg 2.5

of August thrid, two thousand eighteen and the day before that apprehension. Also, "it still hurts bad I can't bend my right Thumb," to the same degree angle," as I did at home also this jail would not provide any data for a witness to this case especially photo's of cell Latch which proves how bad of shape the door is, "I tried requesting photo's of my right Thumb with pus leaking out of my wound," "which is an infection," and I was denied several times we also was on 24 hour Lockdown and I was placed on a Three day Lockdown so there wasn't anyway I could reach out to my Family for another photo of my Thumb while visiting on Homewave video chat to prove how bad the infection has got "I felt like I had Temporomandibular Joint Dysfunction I felt like I had TMJ syndrome because the "Temporomandibular Joint connects my jaw to the side of my head," when my jaw tried to work my jaw enabled me to talk" "I couldn't chew and Yawn," "I had problems with my joints and muscles," (It caused pain that travels through my face, to my jaw, and my Neck, I had stiff jaw muscles) (It Limited movement Locking my Jaw, I made painful clicking Noise etc., I heard popping in my jaw) all of the above changed in the way my upper and lower teeth fitted together my Jaw pain still ant gone away all I can do is eat soft food (The Clinic Nurses at Wyco Jail won't even apply a ice pack) they mistreated me, "instead of Mend," (I need surgical examination, of my Right Thumb), Evince my Right Thumb in another shape

page 2.6

Continue
Nature of the case

I have five joint parts extending from the palm of my hand by including my right thumb extending to the left and the finger tip is twisted the horny substance at the upper end of my finger is twisted turning My Finger nail. The impression of the lines on a whorls on my finger tip is twisted and I can't bend my Right Thumb (law) states United States Statutes title 33 Navigation and Navigable waters Chapter 18. Long Shore and Harbor workers Compensation Current through P.L. 116-108 (01-24-2020) (a) General requirement the employer shall furnish such Medical surgical and other attendance or treatment Nurse and hospital service, medicine, crutches, and apparatus for such period as (the nature of the injury) or process of recovery may require) Under any Jurisdiction. If at any time the clinic employee unreasonably refuses to submit to medical or surgical treatment or to an examination by a Physician selected the payment of farther compensation during such time as such refusal continues and no compensation shall be paid at anytime during the period so such suspension unless the circumstances justified the refusal (§907 Medical service and supplies Failure) causing me to file grievances because Medical refused to submit and provide me Medical care and examination on my right Thumb It was in the interest of just to do so giving me Medicine and they failed to furnish such report with in the 10-day period because I was taken off medicine/pain relievers on 2-10-2020 I electric filed on the kiosk in G-pod on 2-11-2020 at 10:58 A.m to be put back on Medicine/pain relievers then I Visited with Medical Physician/Doctor and she Scheduled to place me on Ibuprofen for 21-days it took clinic 2-weeks or longer to place me on Ibuprofen to prove

pg 2.7

Continues
Nature of the case

This there's a reply on Grievance Exhibit (F) located in Disposition stating I was placed on med's on the day of 2-_-2020 whish is when my Medicine was over that means I was placed on medicine on the 20th of February 2020 not what was written on grievance Exhibit allso prove I was refused Medicine Longer then 10-days which in Rules and Regulations don't suppose to happen    Burden of Proof Continues is Wyco Clinic Nurses, esq.,

I've been in Wyco Jail since August 3rd, 2020 the day of my apprehension and this Kind of injury has only happened to me. So on 1-20-20 at approxly 5:14 p.m (The Day of the 1st Appearance at the Wyco Jail Clinic) a Caucasoid Nurse said to me to sit in Inmate waiting room I did as she said I was in the room for up to two to three minutes before she approched me and asked what happened then looked at my injury and she got nervous the she finally got me a Ice pack while blood was gushing out they had no Conny biohazard kit box the Caucasoid Nurse then let me abondoned again in CCS Inmate waiting room (fighting the most spiked pain, I ever Felt) I felt like I was going to die screaming bleeding whispering take me to the Hospital While I was left Abondoned for a African American Nurse to do the present Nurse duty while I grinded my teeth shaking moving quickly Rocking back and forth in pain waithing for a Emergency Medical Technican and some pain relievers which took CCS another 3 to 4 minutes to give me for the pain after they established a division of race to place me with like this was a game in sports I could of lot my Right Thumb this happen unexpectly I should been taking to the emergency room where no judgement of the color of my skin for a accident victum needing immediate Treatment this pain was Not just some splinter feeling now I can't use my Right Thumb So at approxly

pg 2-8

Continues
Nature of the case

5:39 p.m. I had a Inmate send a request to Medical and write a grievance for me due to the fact I can't use my right Thumb And I'm right handed. While days go bye Wyco Nurse refusing to change my bandage and when they did they didn't evan clean my right Thumb with antibacterial soap they not onced used ointment or any cosmetic's for healing or any peroxide or Alcohol to kill germs on my wounded right Thumb I had whit lot worts around my Finger tip and Paronychia infection in my nails from this injury on 1-22-2020 at approxly 11:00 p.m I filed a grievi on Sheriff Stevens for making me wear a bloody jumper/clothes which is unsanitory it could cause Hep B or C if washed with others also Mr. Steven said he called Clinic for me to get my bandage changed He said the Clinic said they will call when they ready for me. I still wasn't seen till 3 to 4 days later (which is INSUBORDINTION) just like when (the doctor placed me on Medicine / Ibuprofen but it took 2-weeks to recieve then after I had file a (Grievance) to get pain relievers (Exhibit-(F) is proof) also on 1-24-2020 Inmate Marzell Free wrote a statement about me dripping blood everywhere they gave me a illness I could barkly inhale and exhale and open my mouth it was forced closed so later Captian Mr. Ter and head Nurse Ms. DD came to speak to me in G-Pod Day room to schedule being seen at the Clinic and X-Ray after this all my grievances was interceepted by Ms. DD and signed by Ms. DD evan if the grievance was forwarded to another Staff of Wyco Jail Ms. DD wrote the same statement in Disposition stating she seen me but I would sit in pain for few days before been seen by CCS were a (general tendence to Change as of opinon once I was seen I would have to file another grievance due to the medical would not give me

pg 2.9

Continues
Nature of the Case

Medical Treatment once seen at CCS it ends it continue to drift were (the clinic staff showed Discrimanation toward my injury) (as an attitude of mind especially one that Favors one alternative over others I understand like Ms. Jones said these Nurse don't owe me any special duty but someone should try treat my injury And if this injury isn't serious then why have I been bleeding for a Month striaght where my Thumb has to be wrapped in dressings a bandaid won't work

Finishing Nature of the Case with Background of Ho    Clinic and Racial Behavior

The Nurses here at Wyco Jail behavior was Discrimonating me everytime I visited they said things involving race. One of the 4 to 5 times I was seen at the Clinic for this injury that still hasn't healed a African American Lady Nurse heard me squealing and said to me I'm a young Man I can take pain but My age has nothing to do with my injury then she asked me what I do to be in Jail I said I was riding with a Female I just meet she then asked was she white I said yes she got angry and said (I don't know why you young black man like white girls, etc) Another time I was seen at the Klinic one African American Female Nurse said I sounded like a girl the way I'm screaming I said But I ain't She then said well you ain't got an adam's apple on your throat I was in so much pain I couldn't go back and forth with her discrimnating my sex calling me a Female when I'm a men in a male's Facility then she gave me a bandaid and said I need to let my Thumb breathe my thumb will heal up soon

pg 2.10

Continues
Nature of the Case

I had yellow liquid instead of blood running out of my right Thumb these Nurse was infecting me more There self's I said to a Caucasoid Nurse that my right Thumb has pus running out of it she said no it don't and squeezed my Thumb tightly hurting me 10-Times more Another Caucasoid Nurse started talking to me about writting alot of grivances then she begin being Racial outside standard usage she called me a black Lying Nigger boy then she said should I say Negro I contacted Illegal Defense Fund of National Associ For the Advancement of the black People Some Nurses has different (right of decision, etc) on 2-8-2020 a apporly 4-Foot tall Latino Female Nurse ignored me I filed a grievance Last another African American Nurse seen me she askme to sit in front Nurse desk soon as I came in she then said I thought yo Tattoes was a bunce of garbage cause they hard to see then she squeeze my Thumb and (Whispered, I Don't Know why you got all those White People in here looking around like you dying) yo Thumb don't hurt yo tattoes hurted more

(Retalitory motive to the grievance) played a part in the Racial Mockery I walked in the clinic the Nurses started laughing mocking the sound I made well having dressing rewrapped sounds of a squinting noise of a mouse and laughing I thought younger black man who write alot of grievances was strong

pg 2. 16

Continues
Nature of the case

Ol' that hurt laughing the spanish Nurse and a few caucasoid Nurses did the same thing when I had to visit with Ms. DD at the Clinic they stood behind desk 4-5 foot away laughing interupting me and Ms. DD conversation saying things like they have more training then a Regular Nurse they really suppose to be working at a Hospital they have Doctor Degree's but they choose to work here they said they aint no paramedic Nurse if there was Audio Recording it'd be easier to prove I was presecuted and Harassed Video Footage will show the Laughter on their face mockery making fun of me with there Racial mockery with thier Hostile Medical Treatment Conversations look at Facial expressions CCS engaged in a Series of behaviors that were unprofessional disruptive and impeded with colleages the most egregious of these behaviors was sing If it aint bout the money dont be blowing me up waisting my time if it aint bout the money I cant hear what you saying I aint Finna do sxxx if it aint bout the money you can miss me with it because it cost 5 Dollars to be seen Mines was Honorarium.

Concluding Racism and all it's colletual effects is a doctrine adhorrent to any modern civilized society at its core it is an act of violence a denial of another right to equal dignity misperception lies at the heart of prejudice and the animus Formed of such ignorance sows malice and hatred

Summation is my Right Thumb is the evidence

pg 2.12

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: they violated Fourteenth Amendment to the United States Constitution Due process clause, which constitutes punishment before a judgement of punishment by a Jury, etc. thou.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

refuse to treat me medically at Wyco Jail Clinic CCS deliberately indifferent to injuries sustained by in operable Cell-19 door enclosing dated area in Wyco Jail G-Pod

B) (1) Count II: refused 4-5 or more times by Wyco Clinic

(2) Supporting Facts: Grievances enclosed